NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003039
28-MAR-2016
08:17 AM

NO. CAAP-13-0003039

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
VICENTE KOTEKAPIKA HILARIO, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 11-1-0023)


ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on March 18, 2016 (docket no. 277) in the above case is corrected as follows:

The filing date of September 14, 2012 on the second line of footnote 10 on page 14 is incorrect. The correct date should be September 18, 2012. In that same footnote, in the first sentence of the last paragraph, the date of October 9, 2012 is incorrect. The correct date should be October 11, 2012.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 28, 2016.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge and Leonard, J., with and Ginoza, J., dissenting.